**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                August 1, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam

_____

Civil Action No. 07-cv-00954-RPM

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,          Kevin F. Amatuzio
                                                          Max K. Jones, Jr.

      Plaintiff,

v.

PARKER ROAD INVESTMENT, L.L.C.,                           Wiley E. Mayne, Jr.
BAILES & CO., an Arizona sub-S corporation,               Jose A. Ramirez
MARC BAILES, INC., individually, and
SIMPSON CHERRY CREEK LIMITED PARTNERSHIP,                 Susan G. Pray
a Texas Limited Partnership,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Stay**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

Court states its understanding of the case.

2:02 p.m.        Mr. Mayne states the state litigation did not proceed to trial because the party
Coyote Ranch Contractors filed bankruptcy in the District of Texas and mediation is scheduled.

Argument by Mr. Mayne.

Mr. Mayne further states that Bailes & Co. is still in business.

2:16 p.m.        Argument by Mr. Amatuzio.
2:27 p.m.        Rebuttal argument by Mr. Mayne.

**ORDERED:        Motion to Stay, filed May 30, 2007 [7], is denied.  The question of**
**                recoupment of expenses will be stayed.**

**2:31 p.m.        Court in recess.**        Hearing concluded.   Total time: 31 min.