IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00954-RPM

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
a Connecticut corporation,

        Plaintiff,

v.

PARKER ROAD INVESTMENT, L.L.C., a Colorado limited liability company,
BAILES & CO, INC., an Arizona sub-S corporation,
MARC BAILES, and
SIMPSON CHERRY CREEK LIMITED PARTNERSHIP, a Texas limited partnership,

        Defendants.

---

### ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 3, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **September 27, 2007.**

Dated: August 16th, 2007

                              BY THE COURT:
                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge