IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00954-RPM

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
a Connecticut corporation,

        Plaintiff,

v.

PARKER ROAD INVESTMENT, L.L.C., a Colorado limited liability company,
BAILES & CO, INC., an Arizona sub-S corporation,
MARC BAILES, and
SIMPSON CHERRY CREEK LIMITED PARTNERSHIP, a Texas limited partnership,

        Defendants.

## ORDER OF WITHDRAWAL

Pursuant to the Joint Motion for Substitution of Counsel and Entry of Appearance [22] filed on August 29, 2007, it is

ORDERED that the motion is granted and Susan G. Pray is relieved of further responsibility as counsel for defendant Simpson Cherry Creek Limited Partnership in this matter.

Dated: August 30th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge