# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 07-CV-00954-RPM-MEH

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,

    Plaintiff,

vs.

PARKER ROAD INVESTMENT, L.L.C., a Colorado limited liability company,
BAILES & CO., INC., an Arizona sub-s corporation,
MARC BAILES, individually, and
SIMPSON CHERRY CREEK LIMITED PARTNERSHIP, a Texas limited partnership

    Defendants.

## ORDER GRANTING JOINT, STIPULATED MOTION TO DISMISS WITH PREJUDICE

On the Joint Stipulated Motion to Dismiss with Prejudice filed by all parties to this action, the Court having reviewed the motion and the Court's file, and considered applicable law, the Court hereby Orders that said Motion is Granted. This action is hereby Dismissed With Prejudice, each party to assume and pay his or its own attorneys' fees and costs herein incurred. Rule 41(a)(2), Fed.R.Civ.Pro.

Done and signed, this 17th day of December, 2007.

    s/Richard P. Matsch
    _____
    The Hon. Richard P. Matsch, Presiding
    United States Senior District Court Judge